IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| TOMMY EARL JORDAN | § | |
| V. | § | CIVIL ACTION NO. 9:02CV113 |
| GARY JOHNSON, ET AL. | § | |

ORDER

Came on for consideration the above-referenced civil action, this Court having heretofore ordered that this matter be referred to the United States Magistrate Judge for proper consideration. Having received the report of the United States Magistrate Judge pursuant to its order, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court.  It is therefore,

**ORDERED** that Plaintiff's motion for relief from the judgment (docket #33) in the above-styled case shall be and is hereby **DENIED**.

**SIGNED** this the 10 day of **January, 2007.**

Thad Heartfield
United States District Judge